**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7716**

_____

EUGENE ERNST JACKSON,

                    Petitioner – Appellant,

          v.

J. R. CARAWAY, Warden,

                    Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William N. Nickerson, Senior District
Judge.  (1:11-cv-01876-WMN)

_____

Submitted: March 15, 2012          Decided:  March 20, 2012

_____

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge

_____

Dismissed by unpublished per curiam opinion.

_____

Eugene Ernst Jackson, Appellant Pro Se. Joshua L. Kaul, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Ernst Jackson seeks to appeal the district court's order treating his 28 U.S.C.A. § 2241 (West Supp. 2011) motion as a successive 28 U.S.C.A. § 2255 (West Supp. 2011) motion, and dismissing it on that basis. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Jackson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED